**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Shure Incorporated
Plaintiff,
v.
ClearOne, Inc.
Defendant.

Case No.: 1:17−cv−03078
Honorable Edmond E. Chang

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 9, 2017:

MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion [7] for injunction is terminated as moot and withdrawn, in light of the voluntary dismissal in the District of Utah. On Defendant's motion [25] to dismiss the '553 claim, Plaintiff's response is due by 06/26/2017 (and if Plaintiff arrives at the conclusion that the particular claim is unripe, then a voluntary dismissal without prejudice should be filed in lieu of the response). Defendant's reply is due by 07/10/2017. Plaintiff's unopposed continuance motion [31] is granted. The initial status hearing is reset to 07/24/2017 at 9:45 a.m. That should give plenty of time to get the new parties into the case and confer over the status report (remember to use the Local Patent Rules and, where possible, to list out the specific dates of proposed deadlines, rather than using references like "30 days from Initial Contentions"). The initial status report is due by 07/17/2017. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.