UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shure Incorporated,<br><br>    Plaintiff,<br>vs.<br><br>ClearOne, Inc.,<br><br>    Defendant.<br><br>ClearOne, Inc.,<br><br>    Counter-Plaintiff,<br>vs.<br><br>Shure Incorporated<br><br>    Counter-Defendants. | Civil Number 1:17-cv-03078<br>Jury Trial Demanded<br>Hon. Edmond E. Chang<br>Mag. Judge Hon. Maria Valdez |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

As instructed by the Court in its November 14, 2017 Minute Order (ECF 139), Plaintiff / Counterclaim Defendant, Shure Incorporated ("Shure"), and Defendant / Counterclaim Plaintiff ClearOne, Inc. ("ClearOne") jointly submit the Agreed Protective Order, attached hereto as Attachment 1, for governing this case. The attached Protective Order includes additional terms not previously presented to the Court, expressed in Paragraph 4(j), which were added to provide a process for the parties to address discovery issues relating to any related post grant proceedings, such as the currently-pending IPR relating to a related ClearOne patent. The remainder of the attached Protective Order has been considered by the Court and is responsive to the Court's Minute

1

Order (ECF 139). The parties jointly request entry of the agreed Protective Order filed herewith and submitted to the Court's Order mailbox.

Dated: May 21, 2018                                   Respectfully Submitted,

By: */s/Alexander C.D. Giza*                          By: */s/Bradley F. Rademaker*
One of the Attorneys for                              One of the Attorneys for
**CLEARONE, INC.**                                    **SHURE INCORPORATED**

Alexander C.D. Giza, *pro hac vice*                   Bradley F. Rademaker (ARDC No. 6208189)
Douglas J. Dixon, *pro hac vice*                      Olivia Luk Bedi (ARDC No. 6288365)
Xinlin L. Morrow, *pro hac vice*                      Michel R. Turner (ARDC No. 6297803)
HUESTON HENNIGAN LLP
523 West 6th Street                                   NEAL, GERBER & EISENBERG LLP
Suite 400                                             Two North LaSalle Street, Suite 1700
Los Angeles, California 90014                         Chicago, Illinois 60602
Telephone: (213) 788-4340                             Telephone: (312) 269-8000
agiza@hueston.com                                     Facsimile: (312) 269-1747
ddixon@hueston.com                                    brademaker@nge.com
xmorrow@hueston.com                                   obedi@nge.com
                                                      mturner@nge.com

Garret A. Leach, P.C. (ARDC No. 6237520)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Garret.leach@kirkland.com

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a copy of the foregoing document was served upon all counsel of record in this case on May 21, 2018 by electronic mail.

                                         /s/ Bradley F. Rademaker