# Exhibit 1

**Shure's Amended Final Invalidity Contentions for Representative Claims
for Purposes of the U.S. Patent No. 9,813,806 ("the '806 Patent") Preliminary Injunction**

| Asserted Claim | Shure's Contentions |
|---|---|
| **CLAIM 1** | |
| Preamble:<br><br>1. A ceiling tile beamforming microphone array that integrates a ceiling tile with a beamforming microphone array into a single unit where the ceiling tile is used in a drop ceiling mounting configuration, comprising: | **CTG Audio Ceiling Conferencing System "CTG System"**<br>The CTG System includes a beamforming microphone array that is installed within an existing ceiling panel in a drop ceiling mounting configuration. The CTG System includes CM-01 ceiling microphones and FS-400 or FS-800 Beamforming Mixers. (CTG Audio FS-400/800 Manual dated 11/21/2008 "FS-400/800 Manual", p. 3). The CM-01 microphones are housed within a microphone barrel. The microphone barrels are inserted into an existing drop ceiling mounting ceiling tile by drilling holes into the surface of the ceiling tile as shown in the images below.<br><br>  |



### Miki (JP 2002274131A)

Miki discloses a sound reinforcement system and sound collection device. Miki discloses the use of "multiple horn microphones 12 and 15 dispersed over a ceiling surface 11." (Abstract) Each horn microphone may contain a microphone array "which are planarly arranged in three rows x three columns in the opening area of the horn." "Reference codes 42 through 50 represent microphones constituting the microphone array," as shown in the figure below at right.



Miki further discloses "[t]he reference code 57 represents the sound-collection beam of a sound-collecting microphone 52 comprised of a microphone array, which collects only the voice of the speaker 51 by focusing the beam as [shown] in the [figure] so as to prevent the reinforced sound from the loudspeaker 54 from being collected." [0004].

**ClearOne Beamforming Microphone Array ("ClearOne BMA-1")**
ClearOne BMA-1 is a "beamforming microphone array" audio conferencing system. The ClearOne BMA-1 is a flat panel microphone array that "combines 24 microphone elements with adaptive acoustic processing" and offers "ceiling, tabletop or wall mounting." (BMA-1 Brochure, p. 3-4).





**Chhetri (US 2012/0327115)**
Chhetri teaches a beamforming microphone array (104) that may be positioned on (and thus integrated with) a ceiling. (Chhetri, [0028]-[0029], Fig. 5). Chhetri was the primary reference cited against the '806 Patent during prosecution and was maintained throughout prosecution.

During prosecution of the '806 Patent, the Patent Office stated that "Chhetri teaches a beamforming microphone array (FIG. 1 microphone array 104) that integrates a ceiling tile (FIG. 1 illustrates the microphone array 104 connected to the ceiling tile)." (Office Action Dated Jul. 13, 2017, p. 3).

ClearOne never challenged whether Chhetri discloses a ceiling-mounted beamforming microphone array, and implicitly conceded that it does. By ClearOne's own admission Chhetri discloses a ceiling-mounted beamforming microphone array. (Office Action Dated 3.27.2017, p. 11).



**Sasaki Paper("Sasaki")**
The Sasaki reference is a paper by several Japanese researchers titled "A Predefined Command Recognition System Using a Ceiling Microphone Array in Noisy Housing Environments." Sasaki discloses a speech recognition system that includes a "microphone array [] attached to the ceiling [that] localizes sound source direction [by] using Delay and Sum Beam Forming…" (Abstract).

  

## Soda Report ("Soda")

The Soda reference is a technical report that discloses use of a "microphone array network using four separate arrays" in connection with algorithmic delay and sum beamforming for a home network system using a microphone array technology. (Abstract.)



Fig. 3   Sub-arrays installed in ceiling of CS27-HNS.

**Atlas Sound I128SYSM Audio Conferencing System ("Atlas System")**

The Atlas System is an audio conferencing system with a microphone. The Atlas System is a 1 foot by 2 feet structure that is designed to be installed within a drop ceiling mounting configuration to replace part or all of a ceiling tile. (Atlas I128SYSM Data Sheet, p. 1)



**Advanced Network Devices 2-Way Ceiling Conferencing System ("Advanced Network IPSCM")**

The Advanced Network IPSCM is a two-way conferencing system with a built in microphone. The System is 2 feet by 2 feet and is designed to be installed into a suspended ceiling mounting configuration in the place of a ceiling tile. (IPSCM Data Sheet, p. 1).



**Armstrong I-Ceilings Sound Systems ("I-Ceilings")**
I-Ceilings Sound Panels are sound panels that can be installed into a drop ceiling mounted configuration in the place of a ceiling tile. (See I-Ceilings Brochure). The CS-1000 is a single transducer sound panel and the CS-4000 is a four-transducer sound panel. These panels are referred to herein as "I-Ceilings Sound Panels."



Back view of an **APPLAUSE™** Speaker Panel installed in an ULTIMA™ ceiling.

The speaker is "invisible" from below.

2002 I-Ceilings Brochure.

"A unique concept in integrated acoustic ceiling systems, I-ceilings utilizes NXT flat panel audio technology to provide a loudspeaker system designed to match Armstrong's market-leading range of ceilings. The I-Ceilings concept allows for 'invisible' loudspeaker solutions which benefit from greatly increased sound dispersion, providing incredibly even levels of sound reproduction compared with the 'hot and cold spots' associated with traditional 'cone' loudspeaker technology." (2009 I-Ceilings Brochure, p. 4).

The I-Ceilings system is finished to appear like an ordinary ceiling tile.

<table>
<tr><td></td><td>

finishes:

i-ceilings Powered Panels are currently available in Armstrong's most popular ceiling tile finishes: Ultima, Optima, Dune, Fine Fissured, Orcal, Neeva and Reno.

For details of non-standard, bespoke units, please call the CIE-Group sales office on +44 (0)115 9770075.

    

Ultima/Optima   Dune   Fine Fissured   Orcal   Neeva/Reno

(2009 I-Ceilings Brochure, p. 9)
</td></tr>
<tr><td>

Limitation ("Lim") 1:

a beamforming microphone array that includes a plurality of microphones that picks up audio input signals; and
</td><td>

**CTG System**
The CTG System includes a beamforming microphone array of a plurality of CM-01 microphones that pick up audio input signals. The CM-01 microphones are "true 360º Omni directional. They are electret condenser boundary microphones." (FS-400/800 Manual, p. 5).

"The CTG FS-400 and FS-800 Beamforming Mixers are an advanced solution for group audio and video teleconferencing, intra-room presentations, and meetings with recording capacity. They differ only in the number of microphone inputs (4 or 8), and both include a telephone interface to connect directly to the Public Service Telephone Network (PSTN). They can also connect at Line Level to any Video codec with a suitable Line Level input connection. The FS-400 and FS-800 may be daisy chained to allow a nearly infinite number of microphones. Any mixer in the chain may be the master. The mixers provide advanced Echo Cancellation, Noise Reduction, and De-Reverberation to reduce the room reflections that can seriously degrade speech intelligibility. Simple software is provided to set audio levels for the microphone mixer and the telephone interface. Recording software is also included. A dial pad is included to dial, connect and disconnect phone
</td></tr>
</table>

calls." (FS-400/800 Manual, p. 10).

"The FS-400/800 powers the CTG microphones and can be linked to support an unlimited number of microphones." (FS-400/800 Manual, p. 11).

**Miki (JP 2002274131A)**
Miki discloses a beamforming microphone array that includes a plurality of microphones. *See* Abstract, Fig. 1, [0010], [0012]-[0013]; [0024], [0027].

"Multiple microphones are arranged at prescribed intervals in the opening area of the horn microphone, thus forming a simple, convenient microphone array, thereby making it possible to obtain a uniform directional pattern from the low band to the high band."(Abstract).

Fig. 1, [0010], [0012]-[0013]. "[R]eference code 1 represents multiple (m pieces of) sound-collection devices (MIC 1 through MIC m) that are dispersedly disposed in the ceiling of a room (conference room or hall), in which the sound-reinforcement system according to the present invention is installed."

"Reference codes 42 through 50 represent microphones constituting the microphone array," as shown in the figure 5. [0027]. Each horn microphone may contain a microphone array "which are planarly arranged in three rows x three columns in the opening area of the horn." *Id.*



Miki further discloses "[t]he reference code 57 represents the sound-collection beam of a sound-collecting microphone 52 comprised of a microphone array, which collects only the voice of the speaker 51 by focusing the beam as [shown] in the [figure] so as to prevent the reinforced sound from the loudspeaker 54 from being collected." [0004]

**ClearOne BMA**
ClearOne BMA-1 discloses "24 microphone elements created 6 audio beams for crystal-clear audio sampling." (BMA-1 Brochure, p. 3) "Multiple Beamforming Microphone Arrays (up to 3) are daisy-chained with One Converge Pro unit using G-link." (*Id.*, p. 4).



**Chhetri**
Chhetri describes beamforming at length. (*See e.g.,* Figs. 3-5, ¶¶ [0017] – [0027], [0036], [0057]-[0085]). Specifically, Chhetri teaches a beamforming microphone array (104) that includes a plurality of microphones that pick up audio input signals. [0028]-[0029], [0036].

"The microphone array **104** comprises a plurality of microphones. The microphones may be distributed in regular or irregular pattern. The pattern may be linear, planar, or three-dimensional. Microphones within the array may have different capabilities, patterns, and so forth." [0029].

During prosecution of the '806 Patent, the Patent Office stated that Chhetri teaches "a beamforming microphone array (FIG. 1 microphone array 104) that includes a plurality of microphones (para. [0029] the microphone array 104 comprises a plurality of microphones) that picks up audio input signals (para. [0036] the

beamforming module 124 accepts the signal data from the microphone array 104 and determines a beamforming pattern which exhibit gain, attenuation, directivity, and so forth)." (Office Action Dated Jul. 13, 2017, p. 3).

**Sasaki**
Sasaki discloses use of a "32 channel microphone array unit attached on the ceiling. Fig. 3 shows the microphone array and its microphone arrangement. The microphone array has 32 omni-directional electret condenser microphones," and [s]ix microphone array units are attached to the ceiling of the experimental house." (p. 3); FIG 3.



a) Array on ceiling                    b) Arrangement

Fig. 3.    32 channel microphone array on ceiling

Sasaki discusses beamforming at length. Specifically, Sasaki discloses "a command recognition system using beamforming based sound localization and separation method implemented on a microphone array in each room of a home space." (p. 3). The reference goes into detail about the algorithmic beamforming methods used and enhancements to their prior algorithms. (See p. 1-3).

| | |
|---|---|
| | **Soda**<br>Soda discloses beamforming microphone arrays. (p. 2-4). Specifically, Soda describes previous work with microphone array networks (*see* p. 1-2) and describes extension of the prior methods to multiple microphone arrays (*see* p. 3-4).<br><br>Soda discloses placement of microphones and multiple sub-arrays where "[e]ach sub-array has four microphones in each corner of a square acrylic plate." (p. 3)<br><br>Soda further discloses sound source localization with multiple arrays (*see* p. 3-4) and sound source separation with multiple arrays (*see* p. 4). "The proposed system that uses one of the former approach, delay-and-sum beamforming [11], since the position of subarray is fixed. This method produces less distortion than statistical techniques; moreover, it requires few computations. In the delay-and-sum beamforming, multiple signals arriving to microphones with time differences are superposed so that the phase differences are adjusted by delays. As shown in Fig. 5, the phase difference is calculated from estimated sound source location. Thus, only the sound from a specific location is enhanced by the superposition principle. Since the method uses mathematical summation only, we can apply distributed processing using multiple arrays over network." (p. 4). |
| Lim 2:<br><br>a ceiling tile with an outer surface on the front side of said ceiling tile wherein said outer surface is acoustically transparent, said beamforming microphone array integrated into said ceiling tile as a single unit, | *ClearOne's amended infringement contentions point to the grill on the MXA910 as an acoustically transparent outer surface. Based on ClearOne's originally filed specification, Shure understands an acoustically transparent surface to be constructed of materials that are transparent to audio frequencies within a predefined bandpass frequency window, but opaque at other frequencies such as visible light frequencies so that room occupants may be unable to substantially notice the devices that may be mounted behind the surface. (Original Specification, ¶ [0064]).*<br><br>*Accordingly, Shure contends that the following prior art references teach this limitation based on either ClearOne's apparent constructions, and/or Shure's understanding of the term based on the originally filed specification.*<br><br>**CTG System**<br>CTG System is designed to be installed into any existing ceiling tile. Specifically, the CTG System includes |

drilling holes into a standard ceiling tile to install the CM-01 microphone barrel into the ceiling tile and securing each of the CM-01 microphone assemblies to the ceiling tile as a single unit. The microphone of the CM-01 is disposed within this microphone barrel, which is fit flush to the outer surface of the existing ceiling tile. Accordingly, the CM-01 microphones pick up sound as they pass through the outer surface of the ceiling tile.



(FS-400/800 Manual, p. 7).

Additionally, the front surface of that microphone barrel is an acoustically transparent surface. The surface of

the microphone allows for sound to pass through, without allowing certain visible light frequencies to pass through. In other words, a user cannot see the microphone or anything else inside the barrel through the acoustically transparent surface of the device. Accordingly, the CTG System teaches a microphone, picking up audio input signals through an acoustically transparent surface. It would be obvious to POSITA to extend the acoustically transparent surface of the microphone to the outer surface of the ceiling tile.

 

**Miki**
Miki discloses microphones dispersed in a ceiling. [0008], [0011], [0013], and discloses that "the ceiling system is [arranged] in units of 60 cm, which would be a size sufficient for practical use." [0026]. On information and belief, the standard ceiling tile dimensions in Asia are 60 cm by 60 cm.



**Chhetri**
Chhetri teaches a beamforming microphone array (104) that includes a plurality of microphones that are integrated into a ceiling. [0028]-[0029], [0036], [0052].

During prosecution of the '806 Patent, the Patent Office stated that Chhetri teaches "said beamforming microphone array (FIG. 1 microphone array 104) integrated into said ceiling tile (para. [0028] the ARFN 102 may be positioned on the ceiling; para. [0052] the microphones 218 may be mounted to the walls, ceilings, floor, and so forth within a room)." (Office Action Dated Jul. 13, 2017, p. 3-4).

ClearOne never challenged whether Chhetri discloses a beamforming microphone array, and implicitly conceded that it does. By ClearOne's own admission Chhetri discloses a ceiling mounted microphone array. (Office Action Dated 3.27.2017, p. 11).



FIG. 5

**Sasaki**

Sasaki discloses a 32 channel beamforming microphone array unit attached on a ceiling. (p. 3); Fig 3.



a) Arrangement          b) 1:entrance          c) 2:study

d) 3:living          e) 4,5:kitchen          f) 6:bedroom

Fig. 4.   Microphone array units in experimental house "Holone"

**<u>Soda</u>**

Soda discloses each "microphone array [is] built in a ceiling" such that "users [can] speak from everywhere without being aware of microphones and achieve good quality of voice sampling in a noisy environment." (p. 3).  "As shown in Fig. 3, the four sub-arrays are arranged in square in the ceiling." (p. 3).



Fig. 3    Sub-arrays installed in ceiling of CS27-HNS.

**Atlas System**
The Atlas System is 1 foot by 2 feet and can be installed within a drop ceiling mounting configuration to replace, partially or entirely, one or more ceiling tiles. (Atlas I128SYSM Data Sheet, p. 1). The Atlas System has an outer surface that is "[a] perforated 22-gauge metal screen" over the loudspeaker "to maximize performance by allowing the optimum percentage of open area forward of the loudspeaker." (I128SYSM Specification, p. 1). "[A]n omni directional subminiature (1/4" / 6mm), electret condenser microphone is mounted behind the stainless steel perforated grille adjacent to the loudspeaker." (Atlas I128SYSM Data Sheet, p. 1). The microphone and the speaker system are all integrated into a single unit.



I128SYSM

**<u>Advanced Network IPSCM</u>**
The Advanced Network IPSCM discloses a structure that can be installed to replace one or more ceiling tiles. The Speaker is 2 feet by 2 feet and can be installed into a suspended ceiling mounting configuration. (IPSCM Data Sheet, p. 1). The Advanced Network IPSCM includes a built in microphone for monitoring, two-way talk and intercom, paging supervision, and hands free talk back. (IPSCM Data Sheet, p. 1, 2). The microphone is encased in the IPSCM housing as a single unit.



**<u>I-Ceilings</u>**

The I-Ceilings Sound Panels teach a structure that can be installed to replace one or more ceiling tiles. (*See* I-Ceilings Brochure.)

The I-Ceilings panel integrates the speaker system into the ceiling tile (as apparently construed by ClearOne) as a single unit. "The I-Ceilings concept allows for 'invisible' loudspeaker solutions which benefit from greatly increased sound dispersion, providing incredibly even levels of sound reproduction compared with the 'hot and cold spots' associated with traditional 'cone' loudspeaker technology." (2009 I-Ceilings Brochure, p. 4).



2002 I-Ceilings Brochure.

The I-Ceiling is finished to appear like an ordinary ceiling tile.

<table>
<tr><td></td><td>

finishes:

i-ceilings Powered Panels are currently available in Armstrong's most popular ceiling tile finishes: Ultima, Optima, Dune, Fine Fissured, Orcal, Neeva and Reno.

For details of non-standard, bespoke units, please call the CIE-Group sales office on +44 (0)115 9770075.

    

Ultima/Optima    Dune    Fine Fissured    Orcal    Neeva/Reno

(2009 I-Ceilings Brochure, p. 9)

</td></tr>
<tr><td>

Lim 3:

said beamforming microphone array picks up said audio input signals through said outer surface of said ceiling tile;

</td><td>

**<u>CTG System</u>**
The CTG conference system permits multiple microphones to be used in various configurations to pick up audio inputs signals through the outer surface of the ceiling tile. The CTG System's CM-01 microphones include a microphone within a microphone barrel. The microphone barrel is inserted through the entire ceiling tile with the front end of the microphone barrel flush mounted with the outer surface of the ceiling tile. (*See* FS-400/800 Manual, p. 5) (listing a ½" drill as required "for drilling through an acoustic tile, a perfect hole will be made for the CM-01 ceiling microphone."); (*see also* FS-400/800 Manual, p. 7) (excerpts reproduced below).

</td></tr>
</table>



**STEP 2**

Drill ½" hole in the tile at desired location. Push microphone barrel, with attached 18" cable and mini XLR connector up through ½" hole in tile until lip stops against tile. Secure on top of tile with friction clip.

Thus, the microphone picks up audio input signals through the outer surface of the ceiling tile.

(FS-400/800 Manual, p. 7).

**Miki**

Miki teaches a horn-shaped microphone that is formed through a ceiling surface. "[E]ach of the sound-collection devices 1 (MIC 1 through MIC m) is a horn-shape microphone (hereinafter simply referred to as a "horn microphone") having an acoustic horn (hereinafter simply referred to as a "horn") and a microphone attached to the throat part thereof. The opening section of said horn is formed through the ceiling surface." [0012] Thus, the microphones of Miki pick up audio input signals through the outer surface of the ceiling.



**Atlas System**

The Atlas System includes an omni directional subminiature electret condenser microphone that is mounted behind the stainless steel perforated material that is adjacent to the loud speaker. (https://www.atlasied.com/i128sym). Accordingly, the microphone is picking up sound through the outer surface of the Atlas System structure.



I128SYSM

**Advanced Network IPSCM**

The Advanced Network IPSCM includes a built in microphone for monitoring, two-way talk and intercom, paging supervision, and hands free talk back.  (IPSCM Data Sheet, p. 1, 2) The microphone is contained within the structure illustrated below.  Accordingly, the microphone necessarily picks up audio through the outer surface of the IPSCM structure.



**"I-Ceilings"**

The I-Ceilings panel integrates the speaker system into the ceiling tile (as apparently construed by ClearOne) as a single unit. While I-Ceilings relates to a speaker system rather than microphones, it would be obvious to a person of ordinary skill in the art to incorporate the teachings of I-Ceilings with the ceiling mounted

|  | microphone prior-art described herein as well. The speaker of the I-Ceilings Sound Panels is contained within the I-Ceilings sound panel structure. Accordingly, the speakers necessarily disperse audio through the outer surface of the I-Ceilings sound panel structure.<br><br> |
|---|---|
| **Lim 4:**<br><br>wherein the ceiling tile beamforming microphone array is used in a drop ceiling mounting configuration | **CTG System**<br>The CTG System is used in a drop ceiling mounting configuration. (*See* FS-400/800 Manual, p. 5) (listing a ½" drill as required "for drilling through an acoustic tile, a perfect hole will be made for the CM-01 ceiling microphone.") Thus, the CTG System microphones pick up audio input signals through the outer surface of the ceiling tilrawe. |



(FS-400/800 Manual, p. 7)

**<u>Miki</u>**
Miki discloses that the "ceiling system is [arranged] in units of 60 cm, which would be a size sufficient for practical use…" [0026].  On information and belief, the standard ceiling tile dimensions in Asia are 60 cm by 60 cm.  Thus, Miki discloses a drop ceiling mounting configuration.



**<u>Chhetri</u>**

Chhetri teaches a beamforming microphone array that is mounted to a ceiling. [0052]. Chhetri is silent as to whether the ceiling is a drop mounting configuration. However, it would be obvious to a POSITA that a beamforming microphone array that is mounted to a ceiling could also be mounted to a ceiling in a drop mounting configuration.



FIG. 3

FIG. 5

**Sasaki**
Sasaki discloses a 32 channel beamforming microphone array unit attached on a ceiling. (p. 3); Fig 4. Sasaki is silent as to whether the ceiling is a drop mounting configuration. However, Sasaki is shown to be sized to fit behind standard ceiling tiles, and therefore it would be obvious to a POSITA that a beamforming microphone array that is mounted to a ceiling could also be mounted to a ceiling in a drop mounting configuration.



a) Array on ceiling

**<u>Soda</u>**
Soda discloses placement of microphones and multiple sub-arrays where the arrays are sized to fit within a standard ceiling tile space. Fig. 3 discloses a drop ceiling when enlarged.



**<u>Atlas System</u>**
The Atlas System is 1 foot by 2 feet and can be installed within a drop ceiling mounting configuration to replace, partially or entirely, one or more ceiling tiles. (Atlas I128SYSM Data Sheet, p. 1)



*I128SYSM*

**<u>Advanced Network IPSCM</u>**
The Speaker is 2 feet by 2 feet and can be installed into a suspended ceiling mounting configuration.  (IPSCM Data Sheet, p. 1).



**"I-Ceilings"**

The I-Ceilings panel is a structure that can be installed to in place of one or more ceiling tiles in a drop ceiling mounting configuration.



| | |
|---|---|
| Lim 5:<br><br>wherein said beamforming microphone array is coupled to the back side of said ceiling tile and all or part of said beamforming microphone array is in the drop space of the drop ceiling. | ***Invalid under §§112(a) and 112(b)***<br>*Shure contends that this limitation is invalid for lack of written description and as indefinite. The term "drop space" does not appear in the specification as originally filed on September 3, 2014, or when it initially published as U.S. Patent Pub. No. 2015/0078582. ClearOne first attempted to add this language during prosecution of the '806 Patent. On June 6, 2017, ClearOne simultaneously added new dependent claims related to the drop space and attempted to amend the specification with disclosure regarding all or part of the beamforming microphone array within the drop space. The Examiner did not enter the amendment to the specification, so this language was not added to the specification until after the '806 Patent issued when ClearOne filed a Certificate of Correction.*<br><br>*Even the disclosure that ClearOne added after the '806 Patent issued does not adequately define this limitation. ClearOne added:*<br><br>*"In the embodiments where the Array 116 is coupled to the backside of the tile, all or part of the Array 116 resides in the drop space between the plane of true ceiling of the room and the plane of the drop ceiling."*<br><br>*Prior to adding this amendment, the '806 Patent disclosure described that the microphone array is coupled to* |

*the "reverse side" of the ceiling tile. (See Original Specification, [0051], [0055], [0056] (referring to the "reverse side")). ClearOne added in that the beamforming array is in the "drop space" by an amendment to both the specification and the claims on June 7, 2017. Prior to this amendment, the claims required that the microphone array be coupled to the back side, but the Examiner did not find this limitation to be sufficient for allowance. This distinction indicates that there is a difference between the "back side" of the ceiling tile, and the start of any "drop space." However, the specification does not indicate what that difference is.*

*Without further disclosure it is impossible to determine where the drop space begins, whether a microphone array that is coupled to a back side of a ceiling tile is infringing, and exactly what is meant by the term "drop space." Thus, the claim is indefinite and invalid.*

*Nevertheless, Shure has provided the following prior art references that illustrate that having a microphone array in a plenum space, as understood in the art, regardless of where the "drop space" begins.*

**CTG System**
The CTG System includes a beamforming microphone array coupled to a back side of a ceiling tile and all or part of the beamforming microphone array being in the "drop space" based on ClearOne's apparent construction in its infringement contentions. Specifically, the CTG System includes securing each of the CM-01 microphones to the ceiling tile by inserting each microphone barrel through the ceiling tile as a single unit.

"The FS-400/800 powers the CTG microphones and can be linked to support an unlimited number of microphones." (FS-400/800 Manual, p. 11).



**STEP 2**

Drill ½" hole in the tile at desired location. Push microphone barrel, with attached 18" cable and mini XLR connector up through ½" hole in tile until lip stops against tile. Secure on top of tile with friction clip.

(FS-400/800 Manual, p. 7).

<u>**Miki**</u>
Miki discloses microphones in the drop space.



**Atlas System**
The Atlas System is 1 foot by 2 feet and can be installed within a drop ceiling mounting configuration to replace, partially or entirely, one or more ceiling tiles. (https://www.atlasied.com/i128sysm).

The Atlas System includes "an omni directional subminiature (1/4" / 6mm), electret condenser microphone is mounted behind the stainless steel perforated grille adjacent to the loudspeaker." (Atlas I128SYSM Data Sheet, p. 1)



(https://www.atlasied.com/f/3582/I128SYSM+_data_sheet.pdf).

The dimensions of the Atlas System show that it is 4.92" thick, accordingly, the microphone is coupled to the back side and at least partially in the drop space.



**<u>Advanced Network IPSCM</u>**
The Advanced Network IPSCM discloses a structure that can be installed to replace one or more ceiling tiles. The Speaker is 2 feet by 2 feet and has a thickness of 3.5 inches, accordingly, the microphone is coupled to the back side and at least partially in the drop space.   (IPSCM Data Sheet, p. 1, 2).



| | |
|---|---|
| | **I-Ceilings**<br>The I-Ceilings panel is not a ceiling tile under the proper construction of ceiling tile. However, based on ClearOne's construction, the I-Ceilings panel discloses a speaker mounted to the back of a ceiling tile and that extend into a drop space as construed by ClearOne. While I-Ceilings relates to a speaker system rather than microphones, it would be obvious to a person of ordinary skill in the art to incorporate the teachings of I-Ceilings with the ceiling mounted microphone prior-art described herein as well.<br><br> |
| **CLAIM 4** | |
| **4.** The claim according to claim 1, wherein said ceiling tile comprises acoustic or vibration damping material. | Claim 4 depends directly from independent Claim 1. Accordingly, the Claim 4 is invalid for the reasons described above with respect to Claim 1. Claim 4 is also invalid for the following reasons.<br><br>**CTG System**<br>The CTG System includes vibration damping material surrounding the microphone.<br><br>"Within the tube, the microphone element is also surrounded by silicone potting to minimize vibration around the ceiling microphone." (Declaration of Dave Newman, at ¶ 9.) |

|  | **Atlas System**<br>The Atlas System includes "Surround Material & Dampening" which is Dampened Self Storage  (Atlas I128SYSM Data Sheet, p. 1)<br><br>**I-ceilings**<br>I-ceiling panels are comprised of a corrugated honeycomb DML plate, which is isolated from the metal frame by a (c) section foam isolator, which is a vibration damping. |
|---|---|
| **CLAIM 5** | |
| 5. The claim according to claim  1, wherein  said outer surface comprises a grille. | Claim 5 depends directly from independent Claim 1.  Accordingly, the Claim 5 is invalid for the reasons described above with respect to Claim 1.  Claim 6 is also invalid for the following reasons.<br><br>***Invalid under 35 U.S.C. § 112(a)***<br>*This claim is invalid for lack of written description.  The term "grille" did not appear in the specification of the '806 Patent as it was originally filed.  It was added to the specification on March 27, 2017 via an amendment to the specification and was then added as a new claim on June 7, 2017.  Both of these amendments should have been rejected as new matter.  A grill is not synonymous with "contours, corrugations,  or depressions" of a ceiling tile – which is where "grille" was added to the specification.*<br><br>*Nevertheless, several of the prior art references cited above disclose a grill as an outer surface.*<br><br>For example:<br><br><br>**Atlas System**<br>The Atlas System has an outer surface that is "[a] perforated 22-gauge metal screen" over the loudspeaker "to maximize performance by allowing the optimum percentage of open area forward of the loudspeaker." (Atlas I128SYSM Data Sheet, p. 1). |



I128SYSM

**Advanced Network IPSCM**
The Advanced Network IPSCM includes an outer surface that comprises a grill.





**I-Ceilings**
The I-Ceilings Sound Panels can have any number of finishes including the Orcal finish depicted below. The Orcal finish includes multiple tiny perforations.







finishes:

i-ceilings Powered Panels are currently available in Armstrong's most popular ceiling tile finishes: Ultima, Optima, Dune, Fine Fissured, Orcal, Neeva and Reno.

For details of non-standard, bespoke units, please call the CIE-Group sales office on +44 (0)115 9770075.

| | | | | |
|---|---|---|---|---|
| Ultima/Optima | Dune | Fine Fissured | Orcal | Neeva/Reno |

(2009 I-Ceilings Brochure, p. 9)

| **CLAIM 6** | |
|---|---|
| 6. The claim according to claim 1, wherein said outer surface is coplanar with said ceiling tile. | Claim 6 depends directly from independent Claim 1. Accordingly, the Claim 6 is invalid for the reasons described above with respect to Claim 1. Claim 6 is also invalid for the following reasons.<br><br>***Invalid under 35 U.S.C. § 112(b)***<br>*This claim is invalid as indefinite for reciting "said outer surface is coplanar with said ceiling tile." Independent Claims 1 and 8 require "a ceiling tile <u>with</u> an outer surface on the front side of said ceiling tile." Independent Claim 15 requires "said ceiling tile <u>comprises</u> an outer surface." Absent an indication from the specification or prosecution history, there is a presumption that the same terms appearing in different portions of the claims should have the same meaning. Thus, the outer surface appears to be defined as a part of the ceiling tile for all claims of the '806 Patent. Claim 6 and Claim 7 (which is not presently asserted) appear to require that the "outer surface" of the ceiling tile to (Claim 6) be "coplanar with" the ceiling tile and to (Claim 7) "extend below the plane of" the ceiling tile. These claims are unamenable to construction and invalid.* |

|  | *Even if the Claim is found to be valid, Shure contends that this claim is ambiguous as to what is meant by "coplanar." The outer surface of a ceiling tile cannot be anything but coplanar with itself, and the outer surface of each prior art object (regardless of how "outer surface" is construed and what the "outer surface" is determined to be) cannot be anything by coplanar with the prior art object. Based on Shure's understanding of this Claim, all of the references above teach this limitation to the extent they describe or are products having physical shape and structure, and, thus, outer surfaces.* |
|---|---|

28467077.1