# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHURE INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> CLEARONE, INC., <br><br> Defendant. | Case No.: 17-CV-03078 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Maria Valdez |
| CLEARONE, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> SHURE INCORPORATED <br><br> Counter-Defendant. | |

## SHURE INCORPORATED'S
## MOTION FOR SUMMARY JUDGMENT ON INVALIDITY

Pursuant to Fed. R. Civ. P. 56(c), Plaintiff/Counter-Defendant Shure Incorporated ("Shure") hereby moves for summary judgment of invalidity of ClearOne Inc.'s Patent Nos. 9,365,186 (the "'186 Patent") and 9,813,806 (the "'806 Patent"). Shure submits that summary judgment of invalidity is warranted here because: (1) the '806 Patent fails to satisfy the written description, enablement, and definiteness requirements of 35 U.S.C. § 112; (2) the '186 Patent's priority claims fails as a matter of law, and as such the '186 Patent is invalid as anticipated; and (3) the '186 Patent is obvious pursuant to 35 U.S.C. § 103. The grounds for this motion are set forth more fully in Shure's opening brief, submitted herewith. Shure respectfully requests that summary judgment of invalidity of both the '186 and '806 Patent be granted.

Dated: July 9, 2020                Respectfully Submitted,

By: /s/ Bradley Rademaker
    One of the Attorneys for Defendant,
    SHURE INCORPORATED

    Bradley F. Rademaker
    Mike Turner
    Thomas J. Campbell
    Tanvi Patel
    **NEAL, GERBER & EISENBERG LLP**
    Two North LaSalle Street
    Suite 1700
    Chicago, Illinois 60602
    Telephone: (312) 269-8000
    Email: Shure_ClearOneLit@nge.com

    Vladimir I. Arezina
    VIA Legal, LLC
    1237 W. Madison St.
    Chicago, IL 60607
    (312) 574-3050
    vladimir@arezina.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 9, 2020 a copy of the foregoing document was filed electronically through the Court's Electronic Case Filing System, and service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's ECF System, on this date.

        */s/ Kara C. Smith*
        Kara C. Smith

*Counsel for Plaintiff / Counter-Defendant Shure Incorporated*

30879210.1