**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shure Incorporated,        Plaintiff, vs. ClearOne, Inc.,        Defendant. | Civil Number 1:17-cv-03078  Jury Trial Demanded  Hon. Nancy L. Maldonado |
| ClearOne, Inc.,        Counter-Plaintiff, vs. Shure Incorporated,        Counter-Defendant. | |

### ORDER GRANTING JOINT MOTION TO VACATE PRELIMINARY INJUNCTION ORDERS

Before the Court is the parties' Joint Motion to Vacate Preliminary Injunction Orders. The Court, having considered the parties' submission, finds that the parties' Joint Motion should be **GRANTED**.

It is therefore **ORDERED** that the Preliminary Injunction Order entered on August 5, 2019 (ECF 550 [sealed] / ECF 551 [public]) is **VACATED**.

It is further **ORDERED** that (i) the Court's August 14, 2019 Opinion and Order (ECF 590) addressing the Injunction Bond and the Injunction Notice required by Shure; and (ii) the Court's September 1, 2020 Opinion and Order (ECF 912) partially granting ClearOne's motion for contempt and for additional discovery are **VACATED**.

1

2

It is further **ORDERED** that all pending proceedings regarding contempt sanctions and all proceedings relating to the Court's assessment of the extent of harm and any sanctions are **TERMINATED**.

It is further **ORDERED** that the Clerk shall return to ClearOne, Inc., as soon as practical, the principal bond amount of $4,452,149.60 previously posted by ClearOne, Inc., along with any and all applicable interest.

IT IS SO ORDERED.

Dated: December 23, 2022

_____
Nancy L. Maldonado
United States District Court Judge